UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Randolph Emerson,

Plaintiff,

vs. ORDER

St. Paul Police Department,

Defendant. Civ. No. 00-1461 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, it is --

ORDERED:

That the Plaintiff's Application to Proceed *in forma pauperis* [Docket No. 2] is denied.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: 7/14/2000
At St. Paul, Minnesota

FILED JUL 14 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK