UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Randolph Emerson,

Plaintiff,

vs. ORDER

St. Paul Police Department,

Defendant. Civ. No. 00-1461(DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 11th day of August, 2000.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Defendant's Motion to Dismiss the Plaintiff's Complaint, which was filed on June 12, 2000.

In order to facilitate disposition of the Complaint and the request for dismissal, it is --

ORDERED:

AUG 11 2000
CLERK

That the Plaintiff shall have until **September 15, 2000,** in which to respond, should he so choose, to the Defendant's submission to the Court requesting that the Complaint be dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE