**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RANDOLPH EMERSON, Civil No. 00-1461 (DWF/RLE)

Plaintiff,

v. **ORDER**

ST. PAUL POLICE DEPARTMENT,

Defendant.

---

Randolph Emerson, Pro Se, #202998, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, MN 55003-1490, Plaintiff.

David W. Hunt, Esq., St. Paul City Attorney, 550 City Hall, 15 West Kellogg Boulevard, St. Paul, MN 55102, counsel for Defendant.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is:

**ORDERED:**

1. That the Defendant's Motion to Dismiss (Doc. No. 7) is granted unless, **by no later than February 12, 2001**, the Plaintiff serves and files an Amended Complaint that states a legally cognizable cause of action.

2. That the Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment (Doc. No. 8) is **GRANTED**, unless the Plaintiff, **by no later than February 12, 2001**, serves and files an Amended Complaint that states a legally cognizable cause of action.

Dated: February 1, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED FEB 02 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______